IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-01967-WYD

MARCOS A. VIGIL,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

**ORDER**

THIS MATTER is before the Court on the parties' Motion for Order Approving Stipulation of Award of Attorney Fees Under the Equal Access to Justice Act filed December 12, 2014.  The motion states that the parties have stipulated, subject to the approval of the Court, that Plaintiff be awarded attorney fees in the amount of four thousand two hundred thirty dollars ($4,250.00) under the Equal Access to Justice Act ["EAJA"].  Having reviewed the motion and finding good cause therefore, it is

ORDERED that the Motion for Order Approving Stipulation of Award of Attorney Fees Under the Equal Access to Justice Act (ECF No. 23) is **GRANTED**.  Attorney fees in the amount of **$4,250.00** are awarded to Plaintiff under the EAJA.  The fees shall be paid to Plaintiff but delivered to Plaintiff's attorney.

Dated January 29, 2015

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    Senior United States District Judge